UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OBIE STEVEN ANTHONY,<br><br>            Plaintiff,<br><br>v.<br><br>LEW,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 08cv1674 JLS (RBB)<br><br>**REPORT AND RECOMMENDATION GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS [DOC. NO. 30]** |

On March 4, 2010, Defendants Cate and Small filed a Motion for Judgment on the Pleadings [doc. no. 30]. On May 13, 2010, the Court held a telephonic settlement conference during which Plaintiff stated that he had no objection to Defendants' Motion and also agreed to dismiss both Cate and Small [doc. no. 32]. The Court issued a separate minute order reflecting Plaintiff's consent to granting the Motion [doc. no. 32]. Thus, the Court recommends **GRANTING** Defendants' Motion for Judgment on the Pleadings [doc. no. 30] and **DISMISSING** Defendants Cate and Small.

This Report and Recommendation will be submitted to the United States District Court judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Any party may file written objections with the Court and serve a copy on all parties on or

before June 10, 2010.  The document should be captioned "Objections to Report and Recommendation."  Any reply to the objections shall be served and filed on or before June 17, 2010.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the district court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

**IT IS SO ORDERED.**

DATE: May 13, 2010

**RUBEN B. BROOKS**
United States Magistrate Judge

cc: Judge Sammartino
    All Parties of Record